STATE OF NEW JERSEY IN THE INTEREST OF G.D.M.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CASIANO.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN SHELTON, JR.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LEIGHTON SENIOR.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HAKIM MUHAMMAD.

October 3, 1985.

Petition for certification denied.